UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GARCIA PLIEGO,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART, INC.,<br><br>  Defendant. | Case No. 1:23-cv-00858-NODJ-CDB<br><br>ORDER ON RENEWED STIPULATION CONTINUING DISCOVERY-RELATED CASE MANAGEMENT DATES <u>AS MODIFIED</u><br><br>(Doc. 16) |

On April 27, 2023, Plaintiff Eduardo Garcia Pliego ("Plaintiff") initiated this action against Defendant Walmart, Inc. ("Defendant") in Kern County Superior Court. (Doc. 1). On June 5, 2023, Defendant removed the action to this Court. *Id*. The Court issued a scheduling order in this matter on August 31, 2023. (Doc. 10).

On February 2, 2024, the parties filed a joint stipulation to continue all discovery cut-off and related dates. (Doc. 14). On February 5, 2024, the Court denied without prejudice the stipulation as the parties' stipulation did not establish good cause for the requested extension. (Doc. 15).

Pending before the Court is the parties' renewed stipulation to continue all discovery cut-off and related dates. (Doc.16). The parties' stipulation demonstrates they have undertaken discovery with sufficient due diligence to establish good cause for an extension. *Id*. However, based on the parties' representations, the Court concludes that only a 90-day extension (not the

parties' requested 120-day extension) is warranted.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Non-Expert Discovery | March 4, 2024 | June 3, 2024 |
| Expert Disclosure Deadline | March 18, 2024 | June 17, 2024 |
| Rebuttal Expert Disclosure Deadline | April 1, 2024 | July 1, 2024 |
| Close of Expert Discovery | May 1, 2024 | July 29, 2024 |
| Non-Dispositive Motion Filing Deadline | May 15, 2024 | August 12, 2024 |
| Non-Dispositive Motion Hearing | June 17, 2024 | September 17, 2024 |
| Dispositive Motion Filing Deadline | July 15, 2024 | October 14, 2024 |
| Dispositive Motion Hearing | August 26, 2024 | November 26, 2024 |

IT IS SO ORDERED.

Dated:   **February 16, 2024**                              _____
                                                            UNITED STATES MAGISTRATE JUDGE

2