UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GARCIA PLIEGO,<br><br>         Plaintiff,<br><br>     v.<br><br>WALMART, INC.<br><br>         Defendant. | Case No. 1:23-cv-00858-KES-CDB<br><br>ORDER ON STIPULATION TO CONDUCT INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(Doc. 19) |

On April 27, 2023, Plaintiff Eduardo Garcia Pliego ("Plaintiff") filed a complaint against Defendant Walmart Inc. ("Defendant") in the Superior Court of the State of California, County of Kern. (Doc. 1). Plaintiff asserts in the complaint a cause of action for premises liability (negligence) arising out of an incident in which Plaintiff claims to have slipped and fallen. (Doc. 1-1). On June 5, 2023, Defendant removed the action to this Court. (Doc. 1).

Pending before the Court is the parties' stipulation for court order to conduct an independent medical examination of Plaintiff pursuant to Rule 35 of the Federal Rules of Civil Procedure. (Doc. 19). The parties represent an examination of Plaintiff will take place on May 21, 2024, at 3:00 a.m. by Nick Jain, M.D. at the offices of Adventist Health Bakersfield, 321 Stine Road, Bakersfield, CA. *Id*. at 1. The parties detail the conditions and scope of the examination to be conducted. *Id*. at 2-4. Further, the parties note Plaintiff shall be responsible

for the doctor's customary cancellation fee should he fail to appear for the scheduled examination, or should he fail to provide Dr. Jain with notice that he will not appear for the examination at least ten (10) days prior to the examination. *Id*. at 4.  With the exception of a missed appointment fee which will be charged if Plaintiff fails to appear for the examination, Plaintiff will not assume financial responsibility for the cost of the examination, and Plaintiff will not execute an assignment of benefits form. *Id*.

The Court finds the parties' stipulation complies with Fed. R. Civ. P. 35(a)(2)(B).

Accordingly, IT IS HEREBY ORDERED, pursuant to Rule 35 of the Federal Rules of Civil Procedure, that Plaintiff shall appear for an independent medical examination consistent with the parties' stipulated terms (Doc. 19).

IT IS SO ORDERED.

Dated:   **April 12, 2024**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE

2