Alan A. Ahdoot, Esq. (State Bar No. 238594)
Christopher B. Adamson, Esq. (State Bar No. 238500)
Arash Nematollahi, Esq. (State Bar No. 225306)
**ADAMSON AHDOOT LLP**
1122 S. La Cienega Blvd.
Los Angeles, California 90035
T: 310.888.0024
F: 888.895.4665
E: alan@aa.law; christopher@aa.law
E: arash@aa.law
Attorneys for Plaintiff
EDUARDO GARCIA PLIEGO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GARCIA PLIEGO,<br><br>   Plaintiff,<br><br> vs.<br><br>WALMART, INC., and Does 1-100, inclusive,<br><br>   Defendants. | Case No.: 1:23-cv-00858-KES-CDB<br><br>**ORDER RE: STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE** |

Good cause appearing, **IT IS HEREBY ORDERED** as stipulated by the parties that the pre-trial conference currently scheduled for February 4, 2025, at 11 a.m. is continued to February 24, 2025, at 4 p.m.

IT IS SO ORDERED.

   Dated:   January 25, 2025   

_____
UNITED STATES DISTRICT JUDGE